1 
2 
3 
4 UNITED STATES DISTRICT COURT 
5 NORTHERN DISTRICT OF CALIFORNIA 
6 
7 VICKY MALDONADO, et al., Case No. 3:16-cv-04067-WHO 

8 Plaintiffs, 
 ORDER GRANTING FINAL 
9 v. APPROVAL OF SETTLEMENT; 
 AWARDING ATTORNEY’S FEES, 
10 APPLE, INC, et al., COSTS, AND SERVICE AWARDS 
11 Defendants. Re: Dkt. Nos. 332, 335 

12 
13 This matter comes before the Court to determine whether to approve Plaintiffs Vicky 
14 Maldonado and Justin Carter’s settlement with Defendants Apple Inc., AppleCare Service 
15 Company, Inc., and Apple CSC, Inc. and Plaintiffs’ Plan of Allocation. The Court, having 
16 reviewed Plaintiffs’ Motion for Final Approval of Settlement (“Motion”), Plaintiffs’ Motion for 
17 Attorneys’ Fees, Costs, and Class Representative Incentive Awards, the Settlement Agreement, 
18 the pleadings and other papers on file in this action, and the statements of counsel and the parties, 
19 including at the Fairness Hearing, hereby finds that the Settlement and Plan of Allocation should 
20 be approved. Accordingly, the Court enters this Order of Final Approval. 
21 IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT: 
22 1. The Court has jurisdiction over the subject matter of this litigation, and all actions 
23 within this litigation (collectively, the “Action”) and over the parties to the Settlement Agreement, 
24 including all members of the Certified Class and Defendants. 
25 2. For purposes of this Order, except as otherwise set forth herein, the Court 
26 incorporates the definitions contained in the Settlement Agreement. Berman Final App. Decl., Ex. 
27 A, Settlement Agreement (ECF No. 321-1). The Court hereby finally approves and confirms the 
1 and adequate to the Settlement Class under Rule 23 of the Federal Rules of Civil Procedure. 
2 3. The following “Certified Class” was previously certified pursuant to Rule 23 of the 
3 Federal Rules of Civil Procedure: 

4 
 All individuals who purchased AppleCare or AppleCare+, either directly or through the 
5 iPhone Upgrade Program, on or after July 20, 2012, and received a remanufactured 
 replacement Device. 
6 
 4. The Class period cutoff date is September 30, 2021. 
7 
 5. Pursuant to Federal Rule of Civil Procedure 23(g), the Court previously appointed 
8 
 Hagens Berman Sobol Shapiro, LLP as Class Counsel, and the named Plaintiffs, Vicky 
9 
 Maldonado and Justin Carter, as the Class Representatives on behalf of the Certified Class. 
10 
 6. Plaintiffs’ notice of the Class Settlement to the Certified Class was the best notice 
11 
 practicable under the circumstances. The notice satisfied due process and provided adequate 
12 
 information to the Certified Class of all matters relating to the Class Settlement, and fully satisfied 
13 
 the requirements of Federal Rules of Civil Procedure 23(c)(2) and (e)(1). 
14 
 7. 153 members of the Certified Class timely and validly requested exclusion from the 
15 
 Certified Class, and are excluded from those Certified Class identified. These persons are reflected 
16 
 in the attached Exhibit A to this order. Such persons are not included in or bound by this Order as 
17 
 it relates to the specific settlement for which they opted-out. Such persons are not entitled to any 
18 
 recovery of the settlement proceeds obtained through the Class Settlement. 
19 
 8. No valid objections were filed regarding the Class Settlement. 
20 
 9. The Court finds that Plaintiffs’ proposed Plan of Allocation, proposing to pay 
21 
 Settlement Class members an equal amount per remanufactured replacement device they received, 
22 
 is fair, reasonable, and adequate. Noll v. eBay, Inc., 309 F.R.D. 593, 601, 607 (N.D. Cal. 2015). 
23 
 The Plan of Allocation does not unfairly favor any Class member, or group of Class members, to 
24 
 the detriment of others. 
25 
 10. The Court awards to Class Counsel: 
26 
 a. Costs in the amount of $1,397,165.53; and 
27 
 b. Attorneys’ Fees in the amount of $26,876,027.50. 
 1 11. The Court awards to Class Representatives: 
 2 a. An incentive award to Vicky Maldonado in the amount of $15,000; and 
 3 b. An incentive award to Justin Carter in the amount of $12,500. 
 4 12. Without affecting the finality of this Order in any way, this Court hereby retains 
 5 continuing jurisdiction over: 
 6 a. implementation of this settlement and any distribution to members of the 
 7 Class pursuant to further orders of this Court; 
 8 b. disposition of the Settlement Fund; 
 9 c. determining attorneys’ fees, costs, expenses, and interest; 
 10 d. the Action until Final Judgment contemplated hereby has become effective 
 11 and each and every act agreed to be performed by the parties all have been performed 
 12 pursuant to the Settlement Agreement; 
5 13 e. hearing and ruling on any matters relating to the plan of allocation of 
 14 settlement proceeds; and 
 3 15 f. all parties to the Action and Releasing Parties, for the purpose of enforcing 
 16 and administering the Settlement Agreement and the mutual releases and other documents 
 3 17 contemplated by, or executed in connection with the Agreement. 
 18 13. The Court finds, pursuant to Rules 54(a) and (b) of the Federal Rules of Civil 
 19 || Procedure, that Final Judgment of Dismissal with prejudice as to the Defendants (“Judgment”) 
 20 || should be entered forthwith and further finds that there is no just reason for delay in the entry of 
 21 the Judgment, as Final Judgment, in accordance with the Settlement Agreement. 
 22 IT IS SO ORDERED. 
 23 || Dated: April 29, 2022 
 24 . 
 25 
 iam H. Orrick 
 26 United States District Judge 
 27 
 28 

EXHIBIT A 
| ~~ Class Certification Request for Exclusion Report 

 1 Joseph Floro 
 2 Matt Marks 
 3 Celeste Marks 
 4 Corinne Satterfield 
 5 Robert L Evola 
 6 Richard Kirk 
 7 Khine Williams 
 8 Nicholas Sivo 
 9 Edward Cho 
 10 Nv Ga 
 11 Sharon A Stubblebine 
 2 Rebecca H Watkins 
 Colantonio 
 13 Joanne Angel 
 14 Colin Black 
 15 Brett Parker 
 16 Robert Horen 
 17 Besnik Gjoka 
 18 Ivalina Chervenkova 
 19 Joel S Elson 
 20 Patricia A Macha 
 21 Linda Mitchell 
 22 Milton A Carlson 
 23 Nathan WwW Grubb 
 24 Elizabeth Guerra 
 25 John Queeney 
 26 Erik T Potter 
 27 Susan J Mardos 
 28 Liz Rab 
 29 Gilbert Peck 
 30 Joan M Eident 
 31 James H Thessin 
 32 Nevada Trucking Paul J. Enos 
 Association 
 33 Darius Gilder 
 34 Viktor Hristov 
 35 Amanda M Bowers 
 36 John C Taylor 
 37 Vlad Karpinsky 
 38 Brenden Konnagan 
 39 Zoe M de Lellis 
 40 Eduardo Cisneros 
 41 Daniel j Kocher 
 42 Cuauhtemoc Hernandez 
 43 Carl A McKinney 
 44 Tracey McCarter 

 | ~~ Class Certification Request for Exclusion Report 
as etme 
ay □□□□□□□□□□□□□□□□□□□□□□□□□ = 
as Garett —SSSS*~Senatney—S 
ag □□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□ 
50 Jordan =SSs”S*~*~S~S~S~ Sane 
□□□□□□□□□□□□□□□□□□□□□□ ot} 
2 Derek SSCs 
33 ed evade 
see tis 
ss SSCS eS 
6 Bran SSS dmg 
7 She SSSSS~S~S~*~ cdma 
seek 
59 Damian □□□□□□□□□□□□□□□□□□□□□ 
eo eremy—SSS~S~S ES 
ed SSSSSwng 
eon SSS key 
es Vicia —=SsS*C*~*~SsR SRE 
ee steve pestis 
es donetSSSSS~S~nct SS 
6 ames SSW liam 
er Mark SOS 
ese 
Paulson 
90 
ely Mak 
cary □□□□□□□□□□□□□□□□□□□□□□□□□□□ 
93 ys ores 
94 athur SSeS 
4s George □□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□ 
46 asonSSORSSSShetder 
a aver SSS inne 
9g peaches 
499 ssh ews 
9 baie SSSSS*S~*~ tame 
anette, □□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□ 
a2 Samuel —SSOSSS~S~S~ ves 
3 Whitney” SsSSt*~C~*~=~Ss steel 
se tossein ——SSSSS*CS eters 
ss Matin ll 
as □□□□□□□□□□□□□□□□□□□□□□□□ 
reson SPSS eet 
gs Ney RSS ger 
9 Andrew SSS 
90 Aykut™ =SSSSS~*~sanogld 
eet 
92 □□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□ 
 93 Erik Allen 

 | ~~ Class Certification Request for Exclusion Report 
ea mus ache 
9s dS werk 
96 bustin =SSSSS*SRCHMaNS 
7 andrew 
98 Abhishek =—S*S*~*~S~ MS 
9 an SSS Sthware 
100 Timotiy 
a0 yan SSS Stasly 
40. baie SSSSC~—~S< 
40s tain SSS (pont 
108 Troy ah 
405 sachin Sash 
□□ sebastian □□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□ 
407 angen Um 
408 vein nWite 
409 Shawna 
to andrew =O ester 
an poste 
4 SSSSSSMassey 
as Grenson 
ta andrew SWS Greenman 
ts Micali 
tie eremih SSS thwart 
nr Matwa SMe 
tis □□□□□□□□□□□□□□□□□□□□□ 
ng emiy SSS Meer 
20 bn ews 
abet 
a Wesley —=SASSSSCSemmpeton 
as os 
a eremy SSS trger 
as Steven =—SSSS*S*S~S~S~S 
tag sie Marassi 
sly ew 
ag ann tbe 
te osesh=—=SCS*~*~S~ Hews 
a3 Hebert SOS 
as stn SN 
432 Fookmun tam 
433 on Not 
tse onstantinos ——=SSSSSSRngs 
43s cst SSSSSSSSCiwonger 

 | ~~ Settlement Request for Exclusion Report 
eee ec ec 
 1 Cynthia Williams 
 2 Kathleen Yeaton 
 3 Marvin Kirsner 
 4 Christian Dulu 
 5 Jaime Burns-France 
 6 Julia Karakozoff 
 7 Alexandra Walker 
 8 Matthew Marks 
 9 Kathleen Miller 
 10 Monica Garcia 
 11 Lauren B Pena 
 12 Bruce Harrington 
 13 Arni Sumarlidason 
 14 Thomas Reyes 
 15 Craig Alvarez 
 16 Patricia Kerr 
 17 Saylee Parab 
 18 Jayson J Estrada